

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00730-CV

William K. **LESTER**,
Appellant

v.

Harold **CONWAY**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13820
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We ORDER that appellee Harold Conway recover his costs of this appeal from appellant William K. Lester.

SIGNED December 14, 2016.

_____
Patricia O. Alvarez, Justice